MINNESOTA LAUNDRY SERVICE, INC., et al., Plaintiffs, *v.* JACOB MELLON et al., Defendants, and CHARLES BARTELOTTI et al., Respondents and Appellants.

MEYER D. SIEGEL, Appellant and Respondent.

Argued October 21, 1941; decided December 3, 1942.

*Meyer D. Siegel,* appellant and respondent, in person.

*Mortimer H. Israel* for defendants, respondents and appellants.

Order affirmed, without costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.